**Michael MCEVILY, Petitioner— Appellant,**

v.

**Gene JOHNSON, Respondent— Appellee.**

No. 03–7358.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Michael McEvily, Appellant, pro se. Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael McEvily seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on July 30, 2003. The notice

of appeal was filed on September 2, 2003.* Because McEvily failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* Because McEvily was released from imprisonment on June 4, 2003, he does not benefit from the "prison mailbox rule" regarding the filing date of his notice of appeal. *See* Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).